IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| MT. HAWLEY INSURANCE COMPANY | § | |
| v. | § | CIVIL ACTION NO. 6:06cv450 |
| EVERLITE, INC. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that Plaintiff's Unopposed Motion to Dismiss With Prejudice (document #8) be granted and that the complaint be dismissed with prejudice. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that Plaintiff's Unopposed Motion to Dismiss With Prejudice (document #8) is **GRANTED** and the complaint is **DISMISSED** with prejudice. Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 26th day of June, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**